# Court of Appeals
# of the State of Georgia

ATLANTA,  August 16, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0014. TEYON STOVER v. THE STATE.**

In 2006, Teyon Stover pled guilty to rape, kidnapping, child molestation, and aggravated assault, and the trial court sentenced him to life imprisonment. This Court affirmed his conviction on appeal. *Stover v. State*, 293 Ga. App. 210 (666 SE2d 602) (2008). On April 3, 2019, after Stover's motion to vacate a void sentence was granted and while Stover was represented by counsel, the trial court resentenced Stover to a total term of imprisonment of 40 years. On May 8, 2019, Stover filed a pro se notice of appeal from his new sentence. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order or judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Stover's notice of appeal is untimely, as it was filed 35 days after entry of the judgment he seeks to appeal.[1] Accordingly, this appeal is hereby DISMISSED.

To the extent that Stover's right to appeal was frustrated by his counsel's

---

[1] Stover's pro se notice of appeal may have been a nullity because he was represented by counsel at the time of resentencing. See *White v. State*, 302 Ga. 315, 319 (2) (806 SE2d 489) (2017) ("[A]t a minimum, legal representation continues — unless interrupted by entry of an order allowing counsel to withdraw or compliance with the requirements for substitution of counsel, see USCR 4.3 (1)-(3) — through the end of the term at which a trial court enters a judgment of conviction and sentence on a guilty plea, during which time the court retains authority to change its prior orders and judgments on motion or sua sponte for the purpose of promoting justice.").

failure to file a timely notice of appeal, he may be entitled to an out-of-time appeal. See *Rowland v. State*, 264 Ga. 872, 875-876 (2) (452 SE2d 756) (1995). He therefore is informed of the following in accordance with *Rowland*:

> This appeal has been dismissed because you failed to file a timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The clerk of court is DIRECTED to send a copy of this order to Stover as well as to Stover's attorney, who is also DIRECTED to send a copy to Stover.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  08/16/2019
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*